# IN U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

BRANDI Q. SEXTON,

    Plaintiff,

VS.

HERSCHEND FAMILY ENTERTAINMENT
CORPORATION d/b/a DOLLYWOOD,

    Defendant.

Case No. _____

Jury Demanded

## COMPLAINT

Comes the Plaintiff, Brandi Q. Sexton, and for her complaint against the Defendant, Herschend Family Entertainment Corporation d/b/a Dollywood, alleges as follows:

1. This is a diversity-based negligence action for money damages against the Defendant, Herschend Family Entertainment Corporation d/b/a Dollywood for injuries received by the Plaintiff on July 11, 2020. Plaintiff sustained multiple injuries, including a brain concussion. Plaintiff was a business invitee of the Defendant and sustained personal injuries at the Defendant's facility known as Dollywood as a direct and proximate result of the negligence of the Defendant, it's agents and/or employees, on July 11, 2020.

2. The Plaintiff, Brandi Q. Sexton, is a citizen and resident of the Commonwealth of Virginia residing at 219 Floyd Avenue, Richlands, Virginia 24641.

3. The Defendant, Herschend Family Entertainment Corporation, is doing business in Sevier County, Tennessee, as Dollywood, and is involved in the operation and management of Dollywood, a themed entertainment company. The Defendant,

Herschend Family Entertainment Corporation, has designated as its agent for service of process, Evan Schukman, 2700 Dollywood Parks Blvd., Pigeon Forge, Tennessee 37863-4102.

4. On the 11th day of July, 2020, the Plaintiff, Brandi Q. Sexton, was standing in an area near the Wilderness Pass at the Dollywood theme park when a heavy chain decoration fell from its overhead mount, striking the Plaintiff and two (2) additional patrons of the theme park. The Plaintiff sustained a severe laceration on her head, a brain concussion, an injury to her arm, and other bodily injuries. The Plaintiff was transferred by ambulance to a hospital where she was treated.

5. The Plaintiff has incurred injuries that are permanent and that have resulted in permanent pain and discomfort, loss of enjoyment of life, and loss of earning capacity. Plaintiff has incurred medical expenses and will incur medical expenses in the future.

6. The Defendant, through its agents and/or employees, was guilty of negligence in failing to properly secure the decorative chain that was mounted overhead in the Wilderness Pass area of the theme park.

7. This Court has jurisdiction of the subject of this Complaint pursuant to 28 USCA § 1332.

8. Venue lies in this district pursuant to 28 USCA § 1391.

9. Plaintiff, Brandi Q. Sexton, by and through counsel, requests the following relief:

    A. Judgment against the Defendant in the amount of $750,000.00;

    B. Discretionary costs; and

C. A jury trial.

Respectfully submitted,

BRANDI Q. SEXTON

BY: *s/Olen G. Haynes, Sr.*
Olen G. Haynes, Sr. (BPR 587)
Attorney for Plaintiff
The Haynes Firm
P.O. Box 1879
Johnson City, TN 37605
423-928-0165
ogh@hayneslawyers.com

BY: *s/William A. Law*
William A. Law (BPR 10254)
Attorney for Plaintiff
P.O. Box 946
Kingsport, TN 37662
423-246-6444
andylawatty@yahoo.com